United States District Court
For The Eastern District of Michigan
Southern Division

United States of America,

        Plaintiff,                               Case No. 17-13199

                                             Hon. Gershwin A. Drain

v.

One Hundred Twenty-Five Thousand Eighty Hundred Sixty-Five Dollars and Seven Cents ($125,865.07) in U.S. Currency from Signature Bank Account #XXXXXX6011; Ninety-Seven Thousand Five Hundred Thirty-Nine Dollars and Three Cents ($97,539.03) in U.S. Currency from Signature Bank Account #XXXXXX3045; Twenty-Four Thousand Six Hundred Sixty-Eight Dollars and Four Cents ($24,668.04) in U.S. Currency from Signature Bank Account #XXXXXX5147; Four Hundred Twenty-One Thousand Two Hundred Fifty-Nine Dollars and Twenty-Six Cents ($421,259.26) in U.S. Currency from Signature Bank Account #XXXXXX6003; Forty-Eight Thousand Seven Hundred Forty-Five Dollars and Thirty-Six Cents ($48,745.36) in U.S. Currency from Signature Bank Account #XXXXXX3157; Seven Hundred Thirteen Dollars and Seventy-Five Cents ($713.75) in U.S. Currency from TD Bank Account #XXXXXX8327; Three Hundred Seventy-Eight Thousand Five Hundred Fifty-Four Dollars and Sixty-Five Cents ($378,554.65) in U.S. Currency from TD Bank Account #XXXXXX7349; One Hundred Sixty-Five Thousand Nine Hundred Sixteen Dollars

and Ninety-Five Cents ($165,916.95) in U.S. Currency from TD Bank Account #XXXXXX9424; Nineteen Thousand One Hundred Eighty-Four Dollars and Ninety-Five Cents ($19,184.95) in U.S. Currency from TD Bank Account #XXXXXX8319; Thirteen Thousand Four Hundred Seventy-Nine Dollars and Seven Cents ($13,479.07) in U.S. Currency from TD Bank Account #XXXXXX7357,

      Defendants *in rem*,

A1C Holdings, LLC; All American Medical Pharmacy, LLC; Brightsky; Global Healthcare Management, LLC; Great Lakes Medical Pharmacy, LLC; Keystone Choice Pharmacy, LLC; James Letko; Jon Letko; Livewell Holdings, LLC; U.S. Medical, LLC; Woods Pharmacy, LLC,

      Claimants I,

Bertram Growth Capital I, L.P.; Bertram Growth Capital II, L.P.; Bertram Growth Capital II-A, L.P.

      Claimants II.

---

**Stipulated Order to Stay and Administratively Close Civil Forfeiture Proceeding**

---

Plaintiff, the United States of America, by and through Matthew Schneider, United States Attorney, and Shankar Ramamurthy, Assistant United States Attorney, and Claimants I and II, by and through their respective counsels, James C. Rehnquist and Judith Germano, hereby acknowledge that there is an ongoing criminal investigation related to the allegations set forth in the civil forfeiture complaint.

The parties, therefore, stipulate to the entry of an order to stay the above-captioned civil forfeiture proceeding, pursuant to 18 U.S.C. § 981(g)(1), or alternatively, 18 U.S.C. § 9819g)(2), on the grounds that continuation of the civil proceeding may negatively impact one or several parties in the manner described in the cited statutes, and that the case be administratively closed during the pendency of the criminal investigation and related criminal proceedings, if any.

**IT IS HEREBY ORDERED:**

1. The above-captioned case is stayed until the conclusion of any related criminal investigation or subsequent criminal proceeding, pursuant to 18 U.S.C. §§ 981(g)(1) and (2), or until further order of the Court.

2. The above-captioned case shall be administratively closed for statistical purposes only, during the pendency of the criminal investigation and proceedings, if any, or until further order of the Court without prejudice to any party to seek to reopen this case.

3. That the parties shall have a reasonable time to complete discovery and to file dispositive motions if the civil forfeiture case reopens.

4. The seized assets (Defendants *in rem*) shall remain in the custody of the United States pending further order of the Court.

Respectfully submitted,

MATTHEW SCHNEIDER
United States Attorney

| | |
|---|---|
| s\Shankar Ramamurthy | s\ with consent of James C. Rehnquist |
| Shankar Ramamurthy | James C. Rehnquist |
| Assistant United States Attorney | Attorney for Claimants I |
| 211 W. Fort Street, Suite 2001 | Goodwin Procter LLP |
| Detroit, Michigan 48226 | 100 Northern Avenue |
| (313) 226-9562 | Boston, MA 02210 |
| shankar.ramamurthy@usdoj.gov | jrehnquist@goodwinlaw.com |
| (IL Bar No. 6306790) | |
| | |
| Dated: August 15, 2018 | Dated: August 15, 2018 |
| | |
| | s/ with consent of Judith H. Germano |
| | Judith H. Germano |
| | Attorney for Claimants II |
| | Germano Law LLC |
| | 460 Bloomfield Avenue, Suite 200 |
| | Montclair, New Jersey 07042 |
| | jgermano@germanolaw.com |
| | |
| | Dated: August 15, 2018 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IT IS SO ORDERED.

Dated: August 17, 2018         /s/Gershwin A Drain
                               HONORABLE GERSHWIN A. DRAIN
                               United States District Judge

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 15, 2018, I electronically submitted the foregoing Stipulated Order to Stay and Administratively Close Civil Forfeiture Proceeding with the Clerk of the Court using the ECF Utilities system.  Claimants have been served by mail and electronic mail as follows:

A1C Holdings, LLC;
All American Medical Pharmacy, LLC;
Brightsky;
Global Healthcare Management, LLC;
Great Lakes Medical Pharmacy, LLC;
Keystone Choice Pharmacy, LLC;
James Letko;
Jon Letko;
Livewell Holdings, LLC;
U.S. Medical, LLC;
Woods Pharmacy, LLC.
c/o James C. Rehnquist
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
jrehnquist@goodwinlaw.com

Bertram Growth Capital I, L.P.;
Bertram Growth Capital II, L.P.;
Bertram Growth Capital II-A, L.P.
c/o Judith H. Germano
Germano Law LLC
460 Bloomfield Avenue, Suite 200
Montclair, New Jersey 07042
jgermano@germanolaw.com

                s\Shankar Ramamurthy
                Assistant United States Attorney
                211 W. Fort Street, Suite 2001
                Detroit, Michigan 48226
                (313) 226-9562
                shankar.ramamurthy@usdoj.gov
                (IL Bar No. 6306790)